JS-6

JAY S. ROTHMAN (SBN 49739)
MARY JEAN SUMELL (SBN 153897)
**JAY S. ROTHMAN & ASSOCIATES**
21900 Burbank Boulevard, Suite 210
Woodland Hills, California 91367
Telephone: (818) 986-7870
Facsimile:   (818) 990-3019
msumell@jayrothmanlaw.com

Attorneys for Plaintiff LISA Y. REYES

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| LISA Y. REYES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST BANK, a Missouri corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-CV-06230-GW-MAA<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)**<br><br>District Judge: Hon. George H. Wu<br>Magistrate Judge: MAGISTRATE JUDGE MARIA A. AUDERO<br>FPTC:      9/05/2019<br>Trial:      9/17/2019 |

1

1         Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that the

2    case be dismissed with prejudice pursuant to the Federal Rule of Civil

3    Procedure 41(a)(1)(A)(ii).  Further, all parties are to bear their own costs and

4    fees incurred in this instant action.

5    Dated: June 25, 2019

6

7    _____

    Hon. George H. Wu

8    District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28